Argued May 16, affirmed June 27, 1978

SEIGLER, *Petitioner,*
*v.*
STAYTON CANNING CO. COOP., #1,
*Respondent.*
(WCB No. 77-3139, CA 10006)
579 P2d 1310

David A. Hilgemann, Salem, argued the cause and filed the brief for appellant.

Scott M. Kelley, Portland, argued the cause for respondent. With him on the brief was Cheney & Kelley, Portland.

Before Schwab, Chief Judge, and Lee, Richardson, and Joseph, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Company,* 33 Or App 241, 576 P2d 27 (1978).